UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONNA BLALOCK; et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DEPUY ORTHOPAEDICS, INC., et al.,<br><br>    Defendant. | Case No:  C 11-4746 SBA<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION**<br><br>Dkt. 21 |

Having read and considered the papers filed in connection with Plaintiffs' ex parte application to hear their motion to remand prior to December 1, 2011, see Dkt. 21, 22, and finding good cause to the grant the request,

IT IS HEREBY ORDERED THAT Plaintiffs' ex parte application is GRANTED. Defendants shall file their opposition to Plaintiffs' motion to remand, see Dkt. 24, by no later than November 4, 2011.  Plaintiffs shall file their reply by no later than November 9, 2011. The motion will be taken under submission without argument as of the date the reply is due. See Civ. L.R. 7-1(b).  This Order terminates Docket 21.

IT IS SO ORDERED.

Dated: October 28, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge