UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONNA BLALOCK; et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., et al.,<br><br>      Defendant. | Case No: C 11-4746 SBA<br><br>**ORDER STRIKING BRIEF** |

    Defendant has filed a twenty-five page opposition to Plaintiff's motion to remand. Dkt. 29. Under this Court's Standing Orders, the maximum page limit for motions and oppositions thereto is fifteen pages. Dkt. 12 at 5. Accordingly,

    IT IS HEREBY ORDERED THAT Defendant's opposition brief (Dkt. 29) is STRICKEN from the record. Defendant shall have until November 11, 2011 to refile its opposition in conformity with the Court's Standing Orders. Plaintiffs' reply shall be filed by no later than November 16, 2011.

    IT IS SO ORDERED.

Dated: November 8, 2011

                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge